Spencer Persson (SBN 235054)
Jaein Cho (SBN 360090)
**BAKER & HOSTETLER LLP**
1900 Avenue of the Stars, Suite 2700
Los Angeles, CA 90067
Telephone: 310.442.8803
Facsimile: 310.820.8859
Email: *spersson@bakerlaw.com*
*jcho@bakerlaw.com*

*Attorneys for Defendant,*
EDUCATIONAL TESTING SERVICE

David Hilton Wise, SBN 147409
**WISE LAW FIRM, PLC**
10640 Page Avenue, Suite 320
Fairfax, VA 22030
Telephone: (703) 934-6377
Fax: (703) 934-6379
dwise@wiselaw.pro

**ISRAEL DAVID LLC**
ISRAEL DAVID (pro hac vice forthcoming)
israel.david@davidllc.com
60 Broad Street, Suite 2900
New York, NY 10004
Telephone: (212) 350-8850

*Attorneys for Plaintiff and Proposed Class*

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

R.C., through his/her guardian, WENDY CROSS, on behalf of themselves and all others similarly situated,

Plaintiff,

v.

EDUCATIONAL TESTING SERVICE,

Defendant.

Case No.: 1:26-CV-08661-KES-CDB

**JOINT STIPULATION TO STAY DEFENDANT'S RESPONSIVE PLEADING DEADLINE PENDING POTENTIAL CONSOLIDATION**

***Filed Under Separate Cover:***

**[PROPOSED] ORDER**

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

Pursuant to L.R. 143, Plaintiff R.C., through his/her guardian, WENDY CROSS ("Plaintiff") and Defendant EDUCATIONAL TESTING SERVICE ("Defendant") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows ("Stipulation"):

WHEREAS, Plaintiff filed the Class Action Complaint ("Complaint") against Defendant on October 20, 2026 [Dkt. No. 1] and served Defendant with the Complaint and Summons on October 23, 2026;

WHEREAS, pursuant to Fed. R. Civ. P. 12(a), Defendant's deadline to answer or otherwise file and serve any motions or other pleadings in response to Plaintiff's Complaint is twenty-one (21) days after service of the Complaint, or November 13, 2026;

WHEREAS, as of the time of this filing, at least eight (8) other similar actions have been commenced against Defendant, including:

- *PL01 v. Educational Testing Service*, Case No. 2:26-cv-12163 (C.D. Cal. Oct. 17, 2026)
- *K. J. K. et al v. Educational Testing Service,* Case No. 4:26-cv-12217 (N.D. Cal. Oct. 20, 2026)
- *S.R. et al v. Educational Testing Service*, Case No. 3:26-cv-06003 (S.D. Cal. Oct. 21, 2026)
- *O.G. et al v. Educational Testing Service,* Case No. 2:26-cv-12478 (C.D. Cal. Oct. 26, 2026)
- *B.J.S v. Educational Testing Services*, Case No. 2:26-cv-12828 (C.D. Cal. Nov. 2, 2026)
- *J.M.A. v. Educational Testing Service et al*, Case No. 3:26-cv-06275 (S.D. Cal. Nov. 3, 2026)
- *Wilson v. California Department of Education et al.*, Case No. 26CV026416 (Cal. [Sacramento County] Super. Ct. Nov. 2, 2026)
- *J.D. et al v. Educational Testing Service*, Case No. TC26-297 (Cal. [Butte County] Super. Ct. Nov. 10, 2026)

WHEREAS, Plaintiffs in these actions have begun discussions concerning the potential consolidation and/or transfer of these actions and require additional time to fully evaluate and discuss potential consolidation and/or transfer, including the appropriate forum and procedural mechanism for coordinating the actions;

WHEREAS, in light of these ongoing discussions, the Parties agree that staying Defendant's deadline to answer or otherwise serve and file any motions or other pleadings in response to Plaintiffs' Complaint will conserve party and judicial resources and avoid potentially unnecessary or duplicative motion practice while the Parties evaluate consolidation and/or transfer;

WHEREAS, this Stipulation is made in good faith and not for purposes of delay.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, that:

1. Defendant's deadline to answer or otherwise serve and file any motions or other pleadings in response to Plaintiff's Complaint shall be STAYED;

2. The Parties shall file a joint status report regarding the status of their discussions concerning potential consolidation and/or transfer within ninety (90) days after entry of the Court's order approving this Stipulation, or earlier if the Parties reach a resolution before that date.

**IT IS SO STIPULATED.**

Dated: November 12, 2026

**BAKER & HOSTETLER LLP**

By: *<u>/s/ Spencer S. Persson</u>*
Spencer S. Persson
Jaein Cho

*Attorneys for Defendant,*
EDUCATIONAL TESTING SERVICE

Dated: November 12, 2026

**WISE LAW FIRM, PLC**

By: *<u>/s/ David Hilton Wise</u>* <u>(as authorized on 11/11/26)</u>
David Hilton Wise

**ISRAEL DAVID LLC**

Israel David

*Attorneys for Plaintiff and Proposed Class*

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES