UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

R.C., through his/her guardian, WENDY CROSS, on behalf of themselves and all others similarly situated

Plaintiff,

v.

EDUCATIONAL TESTING SERVICE,

Defendant.

Case No. 1:26-cv-08661-KES-CDB

ORDER ON STIPULATED REQUEST TO STAY DEADLINE FOR DEFENDANT TO RESPOND TO COMPLAINT

(Doc. 9)

**<u>45-Day Deadline</u>**

On October 20, 2026, Plaintiff R.C. ("Plaintiff") initiated this action with the filing of a complaint on behalf of herself and a putative class of others against Defendant Educational Testing Service ("Defendant"). (Doc. 1).

Pending before the Court is the parties' joint stipulation for order continuing Defendant's deadline by 90 days to respond to the complaint. (Doc. 9). In their stipulation, the parties represent that "at least eight other similar actions have been commenced against Defendant" in other districts and state courts. *Id.* at 2. The parties assert that continuing Defendant's deadline to respond to the complaint will "conserve party and judicial resources and avoid potentially unnecessary or duplicative motion practice while the Parties evaluate consolidation and/or transfer." *Id.* at 3.

The Court finds that the balancing of the parties' desire to conserve resources and the

Court's interest in docket management warrants a brief continuance of Defendant's deadline to respond to the complaint. To ensure that sufficient time is permitted for the parties to undertake the required meet and confer in advance of filing a joint scheduling report (*see* Doc. 2) and to avoid the need to reset the scheduling conference, the Court will extend the deadline by 45 days.

The Court is unlikely to grant further requests for additional extensions.

**Conclusion and Order**

Good cause appearing, it is HEREBY ORDERED that Defendant's deadline to respond to Plaintiff's complaint is continued to December 29, 2026.

IT IS SO ORDERED.

Dated: **November 13, 2026**

UNITED STATES MAGISTRATE JUDGE